UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
In re                                                                :
                                                                        :    Case No.  06-10489 (ALG)
ONEIDA LTD., *et al.*,                                    :
                                                                        :
                            Debtors.              :    (Chapter 11)
-------------------------------------------------------X

# APPOINTMENT OF COMMITTEE OF
# EQUITY SECURITY HOLDERS

     Pursuant to Section 1102(c) of the Bankruptcy Code, the following equity holders of the above-captioned debtor being among the largest equity security holders who are willing to serve are appointed to the committee of equity security holders:

1. Xerion Partners LLC & Xerion Partners II Master Fund Limited
   c/o Xerion Capital Partners LLC
   450 Park Avenue, 27th Floor
   New York, New York 10022
   Tel.:   (212) 940-9822
   Fax:   (212) 287-0740
   Attn: Mr. Daniel J. Arbess

2. LKCM Partnership
   301 Commerce Street, Suite 1600
   Forth Worth, Texas 76102
   Tel.:   (817) 332-3235
   Attn: Mr. Todd Truitt

3.  The Arbitrage Fund
    650 Fifth Avenue, 6th Floor
    New York, New York 10019
    Tel.:    (212) 259-2655
    Attn: Mr. John S. Orrico

Dated: New York, New York
       May 18, 2006

                                      DIANA G. ADAMS
                                      ACTING UNITED STATES TRUSTEE

By:    /s/ Richard C. Morrissey
      RICHARD C. MORRISSEY (RM-1970)

      33 Whitehall Street, 21st Floor
      New York, New York  10004
      Tel. No. (212) 510-0500